NTN BEARING CORP. OF AMERICA, AMERICAN NTN BEARING MFG. CORP., AND NTN CORP., PLAINTIFFS *v.* UNITED STATES, U.S. DEPARTMENT OF COMMERCE, AND RONALD H. BROWN, SECRETARY OF COMMERCE, DEFENDANTS, AND TIMKEN CO., DEFENDANT-INTERVENOR

Court No. 92–03–00167

(Dated March 27, 1995)

## JUDGMENT

TSOUCALAS, *Judge:* This Court, having received and reviewed the Department of Commerce, International Trade Administration's Results of Redetermination Pursuant to Court Remand, *NTN Bearing Corp. et. al. v. United States,* Slip Op. 94–108 (July 6, 1994) ("Remand Results"), and any responses to the Remand Results submitted by the parties, namely, those of plaintiff, it is hereby

ORDERED that the Remand Results filed by the Department of Commerce, International Trade Administration, are affirmed, and it is further

ORDERED that since all other issues have been decided, this case is dismissed.